■ In the Matter of JASON S., Appellant, v TARRA M., Respondent. (Appeal No. 2.) [924 NYS2d 902]—Appeal from an order of the Family Court, Monroe County (Joseph G. Nesser, J.), entered March 4, 2010 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Ethan S. (Tarra C.—Jason S.)* (85 AD3d 1599 [2011]). Present—Centra, J.P., Fahey, Carni, Sconiers and Green, JJ.